UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-02
OCTOBER 17, 2017 SESSION



FILED
OCT 17 2017
TED J. PHILYAW, ACTING CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.                        CRIMINAL NO. 2:17-00178
                                                        8 U.S.C. § 1326(a)

**JOSE LUIS MARTINEZ-SANTOS**

## I N D I C T M E N T

### (Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about March 3, 2011, defendant JOSE LUIS MARTINEZ-SANTOS, an alien, was found in Staunton, Virginia, and was subsequently removed from the United States on or about March 28, 2011.

2. On or about September 6, 2015, defendant JOSE LUIS MARTINEZ-SANTOS, an alien, was found in Henrico, Virginia, and was subsequently removed from the United States on or about September 30, 2015.

3. On or about September 26, 2017, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant JOSE LUIS MARTINEZ-SANTOS, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the

express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

CAROL A. CASTO
United States Attorney

By: _____
ERIK S. GOES
Assistant United States Attorney